

**SIERRA ON–LINE, INC., Appellant,**

v.

**CENDANT PUBLISHING, INC., Appellee.**

No. 04–1406.

United States Court of Appeals, Federal Circuit.

Nov. 24, 2004.

ON MOTION

*ORDER*

Upon consideration of Sierra On–Line, Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Jeffrey D. REMY, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 05–3028.

United States Court of Appeals, Federal Circuit.

Nov. 24, 2004.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief 60 days from the date of filing of this order.

**Morris C. BROCKS, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3262.

United States Court of Appeals, Federal Circuit.

Nov. 24, 2004.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief 21 days from the date of filing of this order.

ZOLTAR SATELLITE ALARM SYSTEMS, INC., Plaintiff–Appellant,

v.

SNAPTRACK, INC. and Qualcomm, Inc., Defendants–Cross Appellants.

No. 04–1558, 04–1577.

United States Court of Appeals, Federal Circuit.

Nov. 24, 2004.

ON MOTION

GAJARSA, Circuit Judge.

*ORDER*

Snaptrack, Inc. et al. move for reconsideration of the court's October 18, 2004 order dismissing their cross-appeal, 04–1577, for failure to submit the filing fee. Zoltar Satellite Alarm Systems, Inc. opposes. Zoltar moves without opposition for a 30–day extension of time, until December 30, 2004, to file its brief.

Snaptrack has now paid the filing fee. Thus, reinstatement of 04–1577 is appropriate on that ground. We note that Snaptrack has recently filed a motion to dismiss Zoltar's appeal. Accordingly, the briefing schedule is suspended. *See* Fed. Cir. R. 31(c).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Snaptrack's motion for reconsideration is granted, the dismissal order is vacated, and the mandate is recalled.

(2) Zoltar's motion for an extension of time is moot.

Tony COLIDA, Plaintiff–Appellant,

v.

SANYO NORTH AMERICA CORPORATION, Defendant–Appellee.

No. 04–1287.

United States Court of Appeals, Federal Circuit.

Dec. 2, 2004.

